**EXHIBIT A TO DEBTOR'S FIRST OMNIBUS MOTION TO ASSUME AND ASSIGNED UNEXPIRED LEASES AND EXECUTORY CONTRACTS**

| Contract Parties | Contract/Lease | Cure Amount |
|---|---|---|
| Indiana & Ohio Railway Co. | Private Sidetrack Agreement | $0 |
| City of Lima, Greater Ohio Ethanol LLC | Consent to Assignment of Non-Exclusive RailRoad License Agreement to GOE Lima, LLC and Non-Exclusive Railroad License Agreement, dated August 22, 2006 and recorded on September 22, 2006 at V. 2006 P. 08918 records of Allen County, OH | $0 |

11370747.1