# EXHIBIT A

| Company | Lease/Agreement |
|---|---|
| Athabasca Steam, Inc. | Energy Services Agreement |
| American Electric Power | Electric Supply Agreement |
| Brand Scaffold R& EP, Inc. | Scaffolding Services Agreement |
| Caterpillar Finance Corp | Wheel Loader Lease Agreement |
| Chem Treat | Water Treatment Service Agreement |
| Delage Landen Financial | Lease for Rail King rail mover |
| Dominion East Ohio Gas | Gas Transmission Service Agreement |
| DTN | Data Transmission Agreement |
| Eagle Construction & Environment | General Services Agreement |
| Emerson Process Management | DCS Service Agreement |
| Ethanol Technologies | Yeast Supply Agreemnt |
| Eurofins | Grain inspection services Agreement |
| Fairbanks Service | Scale Calibration Agreement |
| Fermentis | Yeast Supply Agreement |
| FGDI | Grain Supply Agreement |
| Mod Space | Guard Shack Lease Agreement |
| Novozymes | Enzyme Supply Agreement |
| Ohio EZ Agreement | Enterprise Zone Agreement |
| Phibro Chem Division | Lactrol/Neotrol Agreement |
| PVS Nolwood | Chemical Supply Agreement |
| TSC | Telephone & Internet Service Agreement |
| Univar | Caustic Soda Agreement |
| US Bancorp/Perry Corporation | Copy Machine Lease Agreement |
| Waibel Energy Systems | Chillers PM Agreement |
| Williams Scotsman | Trailer Lease Agreements |
| US Commodities | DDGS Marketing |
| WCOIL | Email & Web Hosting Agreement |