UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION AT TOLEDO

| | |
|---|---|
| IN RE: ) | CASE NO. 08-35508 (MAW) |
| ) | |
| GOE LIMA, LLC, ) | |
| ) | CHAPTER 11 |
| DEBTOR. ) | |
| ) | JUDGE WHIPPLE |

**NOTICE OF: (A) ENTRY OF ORDER CONFIRMING JOINT PLAN OF LIQUIDATION, (B) EFFECTIVE DATE OF JOINT PLAN; AND (C) DEADLINE FOR FILING CERTAIN CLAIMS**

### ENTRY OF CONFIRMATION ORDER

PLEASE TAKE NOTICE THAT, on July 8, 2010, the United States Bankruptcy Court for the Northern District of Ohio (the "Court") confirmed the First Amended Joint Plan of Liquidation (the "Plan")[1] filed by GOE Lima, LLC (the "Debtor"), as debtor and debtor-in-possession in the above-captioned chapter 11 case, and the Official Committee of Unsecured Creditors appointed in the chapter 11 case (the "Committee"), pursuant to 11 U.S.C. §1129 of the Bankruptcy Code. The order confirming the Plan (Doc. #671) (the "Confirmation Order") can be reviewed at the Office of the Clerk of the Bankruptcy Court or upon written request of counsel for the Debtor, the Committee or the Liquidating Trustee at the address listed below.

### EFFECTIVE DATE OF PLAN

PLEASE TAKE FURTHER NOTICE THAT **September 16, 2010** will be the Effective Date under the Plan.

### DEADLINE FOR FILING CERTAIN CLAIMS

**Administrative Claims.**

PLEASE TAKE FURTHER NOTICE THAT all persons and entities who have, or assert, or may have or may assert, any claim against the Debtor that arose or will arise in the period from October 14, 2008 through the Effective Date for payment of costs or expenses of administration specified in sections 503(b) and 507(a)(2) of the Bankruptcy Code (an "Administrative Claim") must, **no later than forty-five (45) calendar days after the Effective Date** (the "Administrative Claim Bar Date"), file a request for payment of such Administrative Claim with the Court and serve the same upon the Notice Parties (defined below). Notwithstanding anything to the contrary herein, no Administrative Claim request need be filed for the allowance of any fees of the United States Trustee arising under 28 U.S.C. § 1930.

**Rejection Damage Claims.**

PLEASE TAKE FURTHER NOTICE THAT all executory contracts and unexpired leases to which the Debtor is a party shall be deemed rejected, pursuant to sections 365 and 1123 of the Bankruptcy Code, on the Confirmation Date except those executory contracts or unexpired leases that: (i) have been assumed by the Debtor (or assumed and assigned by the Debtor to third parties) on or before the Confirmation Date; (ii) are assumed (or assumed and assigned) after the Confirmation Date by a Final Order granting a motion that is pending as of the Confirmation Date; or (iii) become the subject of a dispute over the amount or manner of cure and for which the Debtor (in consultation with the Committee) prior to the Effective Date, or the Liquidating Trustee on or after the Effective Date, makes a motion to reject such contract or lease based upon the existence of such dispute.

PLEASE TAKE FURTHER NOTICE THAT all persons and entities who have, or assert, or may have or may assert, any claim arising from the rejection by the Debtor of an executory contract or unexpired lease under the Plan (a "Rejection Damage Claim") must, **on or before the later of forty five (45) calendar days after entry of the**

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

1

2182196.v1

**Confirmation Order or twenty (20) days after entry of an order rejecting such contract or lease** (the "Rejection Damage Claim Bar Date"), file a proof of claim for damages alleged to arise from the rejection of the applicable contract or lease with the Court and serve the same upon the Notice Parties (defined below).

**All Other Claims.**

PLEASE TAKE FURTHER NOTICE THAT all persons and entities who have, or assert, or may have or may assert, any other claim against the Debtor that arose prior to October 14, 2008 must, **no later than forty-five (45) calendar days after the Effective Date** (the "General Claims Bar Date"), file a proof of claim with the Court and serve the same upon the Notice Parties (defined below).

Claims may be filed electronically via the Court's ECF system, in person, by courier service, by hand delivery or by mail addressed to:

United States Bankruptcy Court
Northern District of Ohio, Western Division at Toledo
Office of the Clerk
411 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, Ohio 43604

**Notice Parties:**

| **Debtor's Counsel:** | **Committee Counsel/ Liquidating Trustee:** | **Committee Counsel/ Counsel to Liquidating Trustee** |
|---|---|---|
| Timothy J. Hurley, Esq. TAFT STETTINIUS & HOLLISTER LLP 425 Walnut Street, Suite 1800 Cincinnati, Ohio 45202 | Ronald E. Gold, Esq. FROST BROWN TODD LLC 2200 PNC Center 201 East Fifth Street Cincinnati, Ohio 45202-4182 | Beth A. Buchanan, Esq. FROST BROWN TODD LLC 9277 Centre Pointe, Drive, Suite 300 West Chester, Ohio 45069 |

**ALL PERSONS WHO OR ENTITIES THAT FAIL TO FILE A REQUEST FOR PAYMENT OR PROOF OF CLAIM ON OR BEFORE THE APPLICABLE CLAIM BAR DATE SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM ASSERTING ANY SUCH CLAIM AGAINST THE DEBTOR OR THE LIQUIDATING TRUST AND THEIR RESPECTIVE ATTORNEYS, OTHER PROFESSIONALS, TRUSTEE AND/OR AGENTS, OR ANY OF PROPERTY OF THE DEBTOR OR THE LIQUIDATING TRUST AND THE HOLDER THEREOF SHALL BE ENJOINED FROM COMMENCING OR CONTINUING ANY ACTION, EMPLOYMENT OF PROCESS OR ACT TO COLLECT, OFFSET OR RECOVER SUCH CLAIM.**

Dated: September 16, 2010

| **TAFT STETTINIUS & HOLLISTER LLP** | **FROST BROWN TODD LLC** |
|---|---|
| By: /s/ Timothy J. Hurley Timothy J. Hurley (0006458) 425 Walnut Street, Suite 1800 Cincinnati, OH 45202 (513) 381-2838 (Telephone) (513) 381-0205 (Facsimile) hurley@taftlaw.com **ATTORNEYS FOR DEBTOR AND DEBTOR-IN POSSESSION** | By: /s/ Ronald E. Gold Ronald E. Gold. (0061351) 2200 PNC Center 201 East Fifth Street Cincinnati, Ohio 45202-4182 (513) 651-6800 (Telephone) (513) 651-6981 (Facsimile) rgold@fbtlaw.com E-Mail **ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS/ LIQUIDATING TRUSTEE** |